**Motion Denied; Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 19, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00282-CV

---

## IN RE HOMEOWNERS OF AMERICA INSURANCE COMPANY, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-31029**

---

## MEMORANDUM OPINION

On April 17, 2024, relator Homeowners of America Insurance Company filed a petition for writ of mandamus and a motion for temporary relief in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Latosha Lewis Payne,

presiding judge of the 55th District Court of Harris County, to vacate the trial court's February 21, 2024 order denying relator's first amended traditional motion for summary judgment and the trial court's April 1, 2024 order denying relator's motion for reconsideration.

Relator has not established that it is entitled to mandamus relief. Thus, we deny relator's petition for writ of mandamus. Additionally, we deny relator's motion for temporary relief.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.